UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>WINDY DOUGHTERY,<br><br>                         Plaintiff,<br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer Inc.,<br>Imerys Talc America, Inc., and<br>Personal Care Products Council,<br><br>                         Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>AMENDED COMPLAINT AND JURY DEMAND<br><br>Civil Action No 3:18-cv-11935<br><br>DIRECT FILED ACTION |

**AMENDED SHORT FORM**
**COMPLAINT**
**AND JURY DEMAND**

The Plaintiff(s) named below file(s) this *Amended Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1. Name of individual injured due to the use of talcum powder product(s):  <u>WINDY DOUGHTERY</u>.

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of:

   <u>North Versailles, Pennsylvania</u>.

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium:

   <u>N/A</u>.

4. Survival and/or Wrongful Death Claims:

   Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: <u>N/A</u>

5. Plaintiff/Decedent was born on <u>May 31, 1977</u> and died on <u>N/A</u>.

6. Plaintiff is filing this case in a representative capacity as the <u>N/A</u> _____ of the _____, having been duly appointed as the _____ by the _____ Court of _____.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

      X    injury to herself

   _____ injury to the person represented

   _____ wrongful death

   _____ survivorship action

      X    economic loss

   _____ loss of services

   _____ loss of consortium

   _____ other: _____

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply)[1]:

     X   Johnson & Johnson

     X   Johnson & Johnson Consumer Inc.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

    __X__    Imerys Talc America, Inc. ("Imerys Talc")

    ☐    Personal Care Products Council ("PCPC")

**Additional Defendants:**

☐    Other(s) Defendant(s) (please specify): _____

## JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

    __X__    Diversity of Citizenship

    ☐    Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial:

Western District of Pennsylvania – Pittsburg Division

**CASE SPECIFIC FACTS**

11. Plaintiff(s) currently reside(s) in (City, State):

    North Versailles, Pennsylvania                                                      .

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury,

    Plaintiff/Decedent resided in (City, State):

    North Versailles, Pennsylvania                                                      .

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State):

    Pitssburg, Pennsylvania          on   January 23, 2013           (date).

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder

    product(s) on or about the following date: 1997                                and

    continued the use of talcum powder product(s) through about the following date:

    2013                                                                                .

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following (State(s)):

    Pennsylvania                                                                        .

16. Plaintiff/Decedent used the following talcum powder products:

        X     Johnson & Johnson's Baby Powder

             Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

    __X__   Count I: Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

    __X__   Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

    __X__   Count III: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

    __X__   Count IV: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

    __X__   Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

    __X__   Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

    __X__   Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

    __X__   Count VIII: Negligence (Against Imerys Talc)

    __X__   Count IX: Negligence (Against the Johnson & Johnson Defendants)

    _____   Count X: Negligence (Against PCPC)

    __X__   Count XI: Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

  __X__   Count XII: Fraud (Against the Johnson & Johnson Defendants)

  ____   Count XIII:  Fraud (Against PCPC)

  __X__   Count XIV: Violation of State Consumer Protection Laws of the State of <u>Pennsylvania</u> (Against the Johnson & Johnson Defendants).

  __X__   Count XV: Fraudulent Concealment (Against Imerys Talc)

  __X__   Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

  ____   Count XVII:  Fraudulent Concealment (Against PCPC)

  __X__   Count XVIII:  Civil Conspiracy (Against All Defendants)

  ____   Count XIX: Loss of Consortium (Against All Defendants)

  __X__   Count XX:  Punitive Damages (Against All Defendants)

  __X__   Count XXI: Discovery Rule and Tolling (Against All Defendants)

  ____   Count XXII:  Wrongful Death (Against All Defendants)

  ____   Count XXIII:  Survival Action (Against All Defendants)

☐   Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure.  _____

_____

_____

_____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: November 1, 2018                                  DANIEL & ASSOCIATES, LLC

/s/ Patrick Daniel
D. Patrick Daniel, Jr.
Katherine D'Aunno-Buchanan
2409 Commerce Street
Houston, Texas 77003
T: 713.589-3539
F: 713.481.9884
patrick@dpdlawfirm.com

Counsel for Plaintiff